UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ26-382 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| NATHANIEL MUNIZ-SPRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

  1.  Unlawful Possession of a Firearm.

Date of Detention Hearing:    June 17, 2026.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based on the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant poses a risk of flight based on his criminal history and noncompliance while on supervision.   He has multiple prior convictions for bail jumping and was on warrant status on eight occasions during his term of DOC supervision.   Defendant is also a danger to the community based on his extensive criminal record, including multiple convictions for unlawful possession of a firearm, harassment, residential burglary, assault, DUI, possession of stolen vehicle, among others. Additionally, he has pending charges involving unlawful possession of a firearm and drug related offenses.   He does not contest detention at this time.

2.    There does not appear to be any condition or combination of conditions that will reasonably assure the safety of the community and defendant's appearance at future Court hearings.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 17th Day of June, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3